IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                                                                        PLAINTIFF

v.                                         Case No. 6:16-cr-60029

KELSEY WILLIAMS                                                                                                     DEFENDANT

## AMENDED ORDER

On January 25, 2021, this Court inadvertently ordered the case to be transferred to the United States District Court for the Northern District of Alabama. (ECF No. 94). Upon further consideration, the Court finds that the case should not be transferred. Instead, the Court will treat Defendant's Motion for Jail Credit (ECF No. 92) as a Habeas Corpus Petition under 28 U.S.C. § 2241. The clerk is directed to file the motion (ECF No. 92) as such and transfer that motion to the United States District Court for the Northern District of Alabama.

**IT IS SO ORDERED**, this 5th day of February, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge